SALVADOR LICARI, Respondent, *v.* CHARLES R. TEMPLE, Appellant.

*Cancellation — action to procure cancellation and surrender of written contract of sale and assignment of claim.*

*Licari* v. *Temple,* 200 App. Div. 845, affirmed.

(Argued October 13, 1922; decided November 21, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department entered December 28, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought to procure the cancellation and surrender of a contract of sale and an assignment of a claim. The trial court found that the two written instruments were given by the plaintiff as collateral security for the payment to the defendant of a promissory note which became due and payable on the 20th day of November, 1921; that said note was paid on that date and that upon the payment of the said note the instruments became null and void and of no force or effect whatsoever. The judgment enjoined the defendant from asserting any claim by virtue of either of these instruments and directed him to return them to the plaintiff.

*James A. Allen* for appellant.

*Frank W. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, MCLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., CARDOZO and POUND, JJ.

37